SLIP OP. 01-48

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE JAMES L. WATSON, SENIOR JUDGE**
--------------------------------------------------------------X

| | | |
|---|---|---|
| **FORMER EMPLOYEES OF CNG** | : | **COURT NO. 90-12-00655** |
| **DEVELOPMENT CO.,** | | |
| | | |
| **Plaintiffs,** | : | |
| | | |
| v. | : | |
| | | |
| **UNITED STATES SECRETARY** | : | |
| **OF LABOR,** | | |
| | | |
| **Defendant.** | : | |

--------------------------------------------------------------X

## JUDGMENT

This court having received and reviewed the United States Department of Labor's "Notice of Negative Determination on Reconsideration" dated July 8, 1991, pursuant to the court's remand of May 9, 1991, on defendant's consent, in order that the Department conduct a further investigation regarding plaintiffs' application for certification for Trade Adjustment Assistance, and Department of Labor having complied with the court's remand order on July 10, 1991, and the plaintiffs having requested a briefing schedule by letter dated September 9, 1991, and the court having granted plaintiffs sixty days in which to file a brief indicating their objections, if any, to the Department's Negative Determination on Reconsideration on July 23, 1998, and no briefing of the remand results having been submitted by the parties, it is hereby

**ORDERED** that the Notice of Negative Determination on Reconsideration is affirmed in its entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

Dated: April 17, 2001
     New York, New York                     _____
                                         James L. Watson, Senior Judge